**DOCUMENT REMOVED DUE TO REASON[S ] CHECKED BELOW**

☐ **DOCUMENT ENTERED IN ERROR**

**X DOCUMENT WITHDRAWN/REMOVED PER COURT ORDER OF 8/6/14.**

☐ **INCORRECT DOCUMENT LINKED**