UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 12 CR 632 |
| v. ) | |
| ) | Chief Judge Rubén Castillo |
| ABRAHAM BROWN, et al. ) | |

## NOTICE OF MOTION

To: Parties of Record

PLEASE TAKE NOTICE that on Tuesday, February 11, 2015 at 9:30 a.m., or as soon thereafter as counsel may be heard, I will appear before Chief Judge Rubén Castillo in the courtroom usually occupied by him in the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present:

**MOTION TO DISMISS COUNTS THREE AND FOUR OF THE INDICTMENT PURSUANT TO FED. R. CRIM P. 48 AND AMEND COUNT FIVE OF THE INDICTMENT**

in the above-captioned case, at which time and place you may appear if you see fit.

Respectfully submitted,

ZACHARY T. FARDON
United States Attorney

By:    /s/ Yasmin N. Best
YASMIN N. BEST
Assistant United States Attorney
219 S. Dearborn Street, Fifth Floor
Chicago, Illinois 60604
(312) 353-5300