**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 12-CR-632 |
| | ) | Chief Judge Rubén Castillo |
| ABRAHAM BROWN et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**AGREED ADDENDUM TO PROTECTIVE ORDER GOVERNING DISCOVERY**

It is hereby ordered that the **Protective Order Governing Discovery** entered by this Court on March 21, 2014 (Docket Entry 204), is modified as follows:

Paragraph 8 is modified to read: "With one exception, documents subject to this Court's February 24, 2014 order may be reviewed by counsel in this case, but not by defendants themselves. These materials are for attorney's eyes only. The exception relates to any Expert Reports prepared by Professor Jeffrey Fagan, Defendants' Under Seal Motion to Dismiss and Exhibits, and any responsive filings by the government (to the degree these three categories of documents are not covered by Paragraph 9). Counsel are prohibited from leaving any copy of such Expert Reports, Defendants' Under Seal Motion to Dismiss and Exhibits, and any responsive filings by the government with their clients. Defendants may review such Expert Reports, Defendants' Under Seal Motion to Dismiss and Exhibits, and any responsive filings by the government, but only in the presence of counsel. The Under Seal Supplemental Appendix to Defendants' Under Seal Motion to Dismiss remains attorney's eyes only."

*ENTERED THIS 13ᵗʰ  DAY OF SEPTEMBER, 2016.*

_____
Chief Judge Rubén Castillo
U.S. District Court